**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACORD, | CASE NO. CV-F-05-0075 LJO DLB |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| KINGS COUNTY WELFARE INVESTIGATION UNIT, et al, | |
| Defendants. | |

On 9/16/2005, Judge Robert E. Coyle adopted the Findings and Recommendations of Magistrate Judge Dennis L. Beck to dismiss this case for failure to obey a court order. With no issues left to be resolved, the Clerk of Court is directed to close the above titled action.

IT IS SO ORDERED.

**Dated:   February 21, 2007**           **/s/ Lawrence J. O'Neill**
b9ed48                                             UNITED STATES DISTRICT JUDGE

1